# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

AMY J. REISINGER

v.

FORENSIC FLUIDS LABORATORIES, INC. and
BRIDGET LORENZ LEMBERG

Case No. 1:25-cv-01854
Hon. Robert J. Jonker

TO: Forensic Fluids Laboratories, Inc.
ADDRESS: c/o Bridget Lorenz Lemberg, Registered Agent
225 Parson Street
Kalamazoo, MI 49009

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Gwen R. Acker Wood
Acker Wood Intellectual Property Law, LLC
4981 McKnight Road
Pittsburgh, PA 1537

CLERK OF COURT



By: Deputy Clerk

December 26, 2025
Date

---

## PROOF OF SERVICE

This summons for _____ Forensic Fluids Laboratories, Inc. _____ was received by me on _____.
(name of individual and title, if any)                                                                                (date)

☐ I personally served the summons on the individual at _____
                                                                                                (place where served)
on _____.
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                                                          (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                                               (date)

☐ I served the summons on _____, who is designated by law to accept service
                                            (name of individual)
of process on behalf of _____ on _____.
                                     (name of organization)                                (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Additional information regarding attempted service, etc.:

_____
Server's printed name and title

_____
Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

AMY J. REISINGER

v.

FORENSIC FLUIDS LABORATORIES, INC. and BRIDGET LORENZ LEMBERG

Case No. 1:25-cv-01854
Hon. Robert J. Jonker

TO: Bridget Lorenz Lemberg
ADDRESS: 5860 12th Street
Portage, Michigan 49024

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Gwen R. Acker Wood
Acker Wood Intellectual Property Law, LLC
4981 McKnight Road
Pittsburgh, PA 1537

CLERK OF COURT



By: Deputy Clerk

December 26, 2025
Date

---

## PROOF OF SERVICE

This summons for __Bridget Lorenz Lemberg__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: _____

Server's signature

Additional information regarding attempted service, etc.:

Server's printed name and title

Server's address